No. D–2341. IN RE DISCIPLINE OF LASHER. Alan David Lasher, of Staten Island, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2342. IN RE DISCIPLINE OF BUTIN. Charles S. Butin, of Great Neck, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2343. IN RE DISCIPLINE OF BERGSTEIN. Jeruchom Bergstein, of Brooklyn, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2344. IN RE DISCIPLINE OF RAGUSA. Sebastian Ragusa, of Hicksville, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2345. IN RE DISCIPLINE OF GRANT. Jeffrey D. Grant, of Mamaroneck, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2346. IN RE DISCIPLINE OF SULLIVAN. Charles W. Sullivan, of New York, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.